UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 11, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                             )<br>            Plaintiff,                       )<br> v.                                                        )<br>                                                             )<br> LISA MICHELLE ELLIOTT,           )<br>                                                             )<br>            Defendant.                    )  | Case No. 2:12CR00451-MCE-6<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  LISA MICHELLE ELLIOTT , Case No. 2:12CR00451-MCE-6 , Charge  21USC § 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __  Release on Personal Recognizance

   __  Bail Posted in the Sum of $_____

   _X_ Unsecured Appearance Bond $50,000.00

   __  Appearance Bond with 10% Deposit

   __  Appearance Bond with Surety

   __  Corporate Surety Bail Bond

   ✔  (Other)        Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  January 11, 2013  at  2:49 pm .

                                        By  /s/ Allison Claire
                                        Allison Claire
                                        United States Magistrate Judge

Copy 2 - Court