# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Lisa Michelle Elliott          **Docket Number:**   2:12CR00451-06

**Name of Judicial Officer**:   United States District Judge Kimberly J. Mueller

**Date of Original Sentence:**   4/9/2014

**Original Offense:** 21 U.S.C. § 843(b), Illegal Use of a Communication Facility (CLASS E FELONY)

**Original Sentence:** 36 months Bureau of Prisons, 12 months supervised release, $100 special assessment, and $100 mandatory drug testing

**Special Conditions:**  1) Search; 2) Drug/Alcohol Treatment; 3) Drug/Alcohol Testing; 4) Pager/Cellular Phone Restriction; 5) No Alcohol; 6) Aftercare Co-payment; 7) Cognitive Behavioral Treatment

**Type of Supervision:**   Supervised Release

**Date Supervision Commenced:**   June 24, 2016

**Other Court Actions:**  None

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

   As directed by the probation officer, the defendant shall participate in a program of outpatient mental health treatment.

**Justification:** On July 1, 2016, the offender informed this officer she used to take medication in the past to treat her depression and anxiety, but reported she ceased the medication as she did not like the way it made her feel.  On July 8, 2016, the offender reported she was feeling anxious and would be seeking treatment from her primary physician and did not need a referral from our office.  However, after review of the offender's supervised release conditions, it does not appear that a condition to participate in mental health treatment was recommended.  Therefore, in order to provide the offender with mental health services if needed in the future, this officer is recommending her conditions be modified to include mental health treatment.  The offender agrees with the proposed modification and signed the Probation Form 49a, Waiver of Hearing to Modify Conditions of Supervised Release, which is provided for the Court's review.

Respectfully submitted,

**DATED:** 8/18/2016

**Marlene K. DeOrian**
**Senior United States Probation Officer**
Telephone: 559-499-5729

Reviewed by,

**Timothy D. Mechem**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

DATED:  August 23, 2016

_____
UNITED STATES DISTRICT JUDGE

CC:

United States Probation

Assistant United States Attorney: Michael Damien McCoy

Defense Counsel: Gilbert A. Roque